AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CareFirst Advantage PPO, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Dep't of Health and Human Services; Centers for Medicare & Medicaid Services<br><br>*Defendant(s)* | Civil Action No. 26-cv-150-AHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel W. Wolff
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/20/2026                          /s/ Hannah Norton
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia
was received by me on *(date)* January 20, 2026.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*:
Served by email pursuant to the Service of Process in Civil Actions Guidance of the U.S. Attorney's Office of the District of Columbia. Service was accepted by the U.S. Attorney's Office with a service date of January 20, 2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: January 27, 2026

/s/ Daniel W. Wolff
*Server's signature*

Daniel W. Wolff
*Printed name and title*

Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.,
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

# Hutter, Bradley

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Tuesday, January 27, 2026 12:41 PM |
| **To:** | Hutter, Bradley; USADC-ServiceCivil |
| **Subject:** | RE: CareFirst Advantage PPO, Inc. v. DHS, 26-150 |

The summons and complaint have been received by email, with a service date of January 20, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Hutter, Bradley <BHutter@crowell.com>
**Sent:** Tuesday, January 20, 2026 5:03 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] CareFirst Advantage PPO, Inc. v. DHS, 26-150

Good afternoon,

Please find attached service of a complaint filed today in D.D.C. 26-cv-150.

Regards,

**Bradley Hutter**
**Appellate and Supreme Court Specialist**
bhutter@crowell.com
+1.202.508.8716 direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.