IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAREFIRST ADVANTAGE PPO, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 26-cv-150-AHA |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiff CareFirst Advantage PPO, Inc. (d/b/a CareFirst) respectfully moves this Court for summary judgment. The grounds supporting this motion are contained in the concurrently filed supporting memorandum and the documents referenced therein, which are hereby incorporated into this motion.

Plaintiff respectfully requests that the Court grant its motion for summary judgment and grant the relief requested in their Complaint (ECF #1) and as set out in the Proposed Order attached to this motion.

Dated: March 4, 2026

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff (D.C. Bar No. 486733)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500 (phone)
(202) 628-5116 (fax)
dwolff@crowell.com

Steven D. Hamilton (*pro hac vice* forthcoming)
CROWELL & MORING LLP
300 N. LaSalle Drive

1

Suite 2500
Chicago, IL 60654
(312) 379-7615
stevenhamilton@crowell.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2026, I electronically filed the foregoing through this Court's CM/ECF system, which will send notification of this filing to the attorneys of record in this matter.

                                            /s/ Daniel W. Wolff
                                              Daniel W. Wolff