IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAREFIRST ADVANTAGE PPO, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 26-cv-150-AHA |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiff's motion for summary judgment, the opposition thereto, and the record in this action,

It is ORDERED that Plaintiff's motion for summary judgment is GRANTED.

It is further ORDERED that Plaintiff's 2026 Star Ratings for Contract for H7379 as announced by CMS on October 9, 2025 are set aside as arbitrary and capricious and contrary to law.

It is further ORDERED that Defendant recalculate Plaintiff's 2026 Star Ratings for contract H7379 by either excluding the Medication Adherence for Hypertension Measure (D09) from the calculation of the Drug Plan Quality Improvement Measure (D04) score, or by using the data contained in the July 2024 Report to calculate the D04 score.

It is also ORDERED that Defendant use the recalculated 2026 Star Ratings for CareFirst for purposes of calculating the associated Quality Bonus Payment and for all other purposes for which the 2026 Star Ratings are relevant.

_____
AMIR H. ALI
United States District Judge