UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAREFIRST ADVANTAGE PPO, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants*. | Civil Action No. 26-cv-150 |

**NOTICE OF FILING OF SUPPLEMENTED INDEX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants respectfully submit the enclosed certified list of the contents of the Supplemented Administrative Record in this matter.  Defendants have separately transmitted a copy of the entire certified Administrative Record to Plaintiff via counsel.

Dated: March 23, 2026                           Respectfully submitted,

By:    /s/ *Kenneth R. Whitley*

KENNETH R. WHITLEY
U.S. Department of Health and
Human Services
Office of General Counsel
330 Independence Ave.
Washington D.C.
(202) 961-8251
kenneth.whitley@hhs.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAREFIRST ADVANTAGE PPO, INC.,

*Plaintiff,*

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

*Defendants*.

Civil Action No. 26-cv-150

## SUPPLEMENTED RECORD CERTIFICATION

I, Elizabeth Goldstein, Director, Division of Consumer Assessment and Plan Performance, Medicare Drug Benefit and C & D Data Group, Center for Medicare, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, under authority delegated to me by the Secretary of Health and Human Services, certify that, to the best of my knowledge, the attached listed documents constitute a true and complete copy of documents and information CMS considered in connection with the decision at issue in this litigation. Documents were inadvertently excluded from the previously produced administrative record. These documents, along with the documents previously designated as the administrative record, *see* ECF No. 9, constitute the complete administrative record for this matter.

Dated: March 20, 2026                              _____

**Supplemented Index of Administrative Record in**
CareFirst Advantage PPO, Inc. v. Department of Health and Human Services, *et al*.
No. 1:26-cv-150 (D.D.C.)

|  | Bates Number |
|---|---|
| CMS Memo, April 20, 2023, 2023 Medicare Paret D Patient Safety Reports | 000001 – 000006 |
| CMS Memo, April 21, 2022, 2022 Medicare Part D Patient Safety Reports | 000007 – 000012 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000013 – 000013 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000014 – 000014 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000015 – 000015 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000016 – 000016 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000017 – 000017 |
| Acumen Message, July 31, 2024 Updated 2023 Reports Available (July 2024 Release) | 000018 – 000018 |
| H7379 Adherence Summary YOS2023 June 2024 | 000019 – 000023 |
| H7379 Adherence Denominator YOS2023 June 2024 | 000024 – 000040 |
| H7379 Adherence Exclusions YOS2023 June 2024 | 000041 – 000042 |
| H7379 SUPD Summary YOS2023 June 2024 | 000043 – 000045 |
| H7379 SUPD Denominator YOS2023 June 2024 | 000046 – 000046 |
| H7379 SUPD Exclusions YOS2023 June 2024 | 000047 – 000047 |
| CMS Memo, Plan Preview 1 2025, August 6, 2024 | 000048 – 000049 |
| 2025 Star Ratings HPMS Preview 1 CareFirst H7379 | 000050 – 000062 |

| | |
|---|---|
| Email Correspondence August 7, 2024 to August 8, 2024 H6067, H7379, and H8854 First Plan Preview | 000063 – 000066 |
| CMS Memo, Plan Preview 2 2025, September 5, 2024 | 000067 – 000068 |
| Email Correspondence September 15, 2025 to September 18, 2025 H7379, Second Plan Preview | 000069 – 000077 |
| CMS Memo, 2025 Star Ratings Marketing Template, September 27, 2024 | 000078 – 000078 |
| 2025 Star Ratings HPMS Preview 2 CareFirst H7379 | 000079 – 000123 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000125 – 000125 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000126 – 000126 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000127– 000127 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000128 – 000128 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000129 – 000129 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000130 – 000130 |
| Acumen Message, September 30, 2024 Patient Safety--Updated Year of Service (YOS) 2023 Reports Available | 000131 – 000131 |
| H7379 Download Activity Summary, December 22, 2025 | 000132 – 000132 |
| CMS Memo, Plan Preview 1 2026, August 5, 2025 | 000133 – 000134 |
| 2026 Star Ratings HPMS Preview 1 CareFirst H7379 | 000135 – 000148 |
| CMS Memo, Plan Preview 2 2026, September 8, 2025 | 000149 – 000150 |
| Email Correspondence September 9, 2025 Request for calculation sheets - H7379 and H8854 | 000151 – 000152 |
| H7379 2026 IM Calcs 2025 | 000153 – 000154 |

| | |
|---|---|
| H7379 2026 SR Calculations 2025 | 000155 – 000161 |
| H8854 2026 SR Calculations 2025 | 000162 – 000170 |
| H8854 2026 IM Calcs 2025 | 000171 – 000172 |
| Email Correspondence September 9, 2025 to September 10, 2025 Request for calculation sheets - H7379 and H8854 | 000173 – 000175 |
| H7379 2026 IM Calcs 2025 | 000176 – 000177 |
| H8854 2026 IM Calcs 2025 | 000178 – 000179 |
| CMS Memo, 2026 Star Ratings Marketing Template, September 11, 2025 | 000180 – 000180 |
| Email Correspondence September 9, 2025 to September 12, 2025 Request for calculation sheets - H7379 and H8854 | 000181 – 000184 |
| H7379 2026 IM Calcs 2025 | 000185 – 000186 |
| H7379 2026 SR Calculations 2025 | 000187 – 000192 |
| H8854 2026 SR Calculations 2025 | 000193 – 000194 |
| H8854 2026 IM Calcs 2025 | 000195 – 000200 |
| Email Correspondence September 15, 2025 to September 18, 2025 Plan Preview #2 for Contract H7379 | 000201 – 000209 |
| CareFirst Reconsideration Request, September 15, 2025 | 000210 – 000211 |
| 2026 Star Ratings HPMS Preview 2 CareFirst H7379 | 000212 – 000257 |
| Medicare 2025 Part C & D Star Ratings Technical Notes | 000258– 000471 |
| Medicare 2026 Part C & D Star Ratings Technical Notes | 000472 – 000682 |
| H7379 Adherence Summary YOS2023 June 2024 | 000683 – 000687 |
| Acumen Message, July 31, 2025 Updated 2024 Reports Available (July 2025 Release) | 000688 – 000689 |
| Acumen Message, July 31, 2025 Updated 2024 Reports Available (July 2025 Release) | 000690 – 000691 |

| | |
|---|---|
| Acumen Message, July 31, 2025 Updated 2024 Reports Available (July 2025 Release) | 000692 – 000693 |
| Acumen Message, July 31, 2025 Updated 2024 Reports Available (July 2025 Release) | 000694 – 000695 |
| Acumen Message, July 31, 2025 Updated 2024 Reports Available (July 2025 Release) | 000696 – 000697 |