**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAREFIRST ADVANTAGE PPO, INC., | |
| Plaintiff, | Civil Action No. 26-cv-150-AHA |
| v. | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

## PLAINTIFF'S MOTION TO HOLD CASE IN ABEYANCE FOR TWO WEEKS

Plaintiff CareFirst Advantage PPO, Inc. (d/b/a CareFirst) respectfully moves this Court to hold this case in abeyance for two weeks. The grounds supporting this motion are set forth in the concurrently filed supporting memorandum.

Pursuant to Local Civil Rule 7(m) and this Court's individual rule of practice 5.A, CareFirst represents that the parties have conferred. Defendants take no position on this motion.

Plaintiff respectfully requests that the Court grant its motion to hold this action in abeyance for two weeks, through June 22, 2026. A Proposed Order is attached to this motion.

Dated: June 8, 2026

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff (D.C. Bar No. 486733)
CROWELL & MORING LLP
600 Fifth Street, NW
Washington, DC 20001
(202) 624-2500 (phone)
(202) 628-5116 (fax)
dwolff@crowell.com

Steven D. Hamilton (*pro hac vice* forthcoming)
CROWELL & MORING LLP
300 N. LaSalle Drive

2

Suite 2500
Chicago, IL 60654
(312) 379-7615
stevenhamilton@crowell.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, I electronically filed the foregoing through this Court's CM/ECF system, which will send notification of this filing to the attorneys of record in this matter.

/s/ Daniel W. Wolff
Daniel W. Wolff
