**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAREFIRST ADVANTAGE PPO, INC., | |
| Plaintiff, | Civil Action No. 26-cv-150-AHA |
| v. | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HOLD CASE IN ABEYANCE**

Upon consideration of Plaintiff's motion to hold this action in abeyance for two weeks and the record in this action,

It is **ORDERED** that Plaintiff's motion is **GRANTED**.

It is further **ORDERED** that this matter be held in abeyance through June 22, 2026.

_____
AMIR H. ALI
United States District Judge