**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CAREFIRST ADVANTAGE PPO, INC.,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

Civil Action No. 26-cv-150 (AHA)

## JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate to the dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own attorney's fees and costs.

Dated: October 15, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Malcolm McDermond
Malcolm McDermond
N.Y. Bar # 5780861
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1709

*Attorneys for the United States of America*

/s/ Daniel W. Wolff
Daniel W. Wolff (# 486733)
Crowell & Moring LLP
600 Fifth Street, NW
Washington, DC 20001
(202) 624-2500
dwolff@crowell.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of October 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which served all parties of record.

/s/ Daniel W. Wolff
Daniel W. Wolff